H. A. GRAVES V. A. J. FRY.

(No. 851, Op. Book No. 3, p. 485.)

APPEAL from Guadalupe County.     Opinion by HURT, J.

§ 134. *Jurisdiction of county court; injunction.*   F.
sued out an injunction before the county judge restrain-
ing G., a collector of taxes, from selling certain real estate
levied upon for the amount of taxes due by F., said
amount being $83.59. *Held,* that the amount of taxes

being less than $200, was not within the jurisdiction of the county court, and that said court had no general equity jurisdiction to remove clouds upon land titles, and that the injunction granted must be dissolved and the bill dismissed. [Grant v. Quinsell, *post*, p. 401.]

February 9, 1881.                    Reversed and dismissed.